1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2   MICHELLE LO (NYRN 4325163)
    Chief, Civil Division
3   MICHAEL A. KEOUGH (NYRN 5199666)
    Assistant United States Attorney

4       450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6878
6       Fax: (415) 436-6570
        Email: michael.keough@usdoj.gov

7

8   *Attorneys for Respondents*

FRANCISCO MIGUEL UGARTE
(SBN #241710)
GENNA ELLIS BEIER (SBN #300505)
San Francisco Public Defender's Office

    555 7th Street
    San Francisco, California 94103
    TELEPHONE: (415) 553-9319
    francisco.ugarte@sfgov.org
    genna.beier@sfgov.org

*Attorneys for Petitioner*

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13

14   JOHN DOE,                          )   No. 4:24-CV-03825-DMR
                                        )
15            Petitioner,               )   **JOINT STIPULATION TO SET BRIEFING
                                        )   SCHEDULE; [PROPOSED] ORDER**
16      v.                              )
                                        )
17   MOISES BECERRA, *et al.*,          )
                                        )
18            Respondents.              )
                                        )
19   _____)

20

21       Pursuant to Civil Local Rules 6-2(a) and 7-12, and subject to the Court's approval, Petitioner and

the Respondents (collectively, the "Parties") jointly request that the Court set the following briefing

22

23   schedule in response to Petitioner's Verified Petition for Writ of Habeas Corpus (Dkt. 1):

         Respondents' Return Due:     August 20, 2024

24       Petitioner's Traverse Due:    August 30, 2024

25       This is the first request to set a briefing schedule in this action, and this request will not impact

26

any deadlines other than those addressed herein.

27

28

DATED:  July 18, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney
*Attorneys for Respondents*

/s/ *Genna Ellis Beier**
GENNA ELLIS BEIER
*Attorney for Petitioner*

* *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

1

~~[PROPOSED]~~ ORDER

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The following briefing schedule is

3

adopted in response to Petitioner's Verified Petition for Writ of Habeas Corpus (Dkt. 1):

4

Respondents' Return Due:    August 20, 2024

5

Petitioner's Traverse Due:    August 30, 2024

6

7

DATE:  July 22, 2024

8



DONNA M. RYU
Chief Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28